KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for ALEJANDRO ORTIZ-SALAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 15-CR-0026GEB |
| Plaintiff, | ) |
| | ) STIPULATION REGARDING |
| | ) EXCLUDABLE TIME PERIODS |
| v. | ) UNDER SPEEDY TRIAL ACT; |
| | ) [PROPOSED] FINDINGS AND |
| | ) ORDER |
| ALEJANDRO ORTIZ-SALAS, | ) |
| | ) Date: 6-12-2015 |
| Defendants. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Garland E. Burrell |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant by and through his counsels of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 22, 2015.

2. By this stipulation, defendant Alejandro Ortiz-Salas, now moves to continue the status conference until June 12, 2015 and to exclude time between May 22, 2015 and June 12, 2015 under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the

-1-

following:

a.  The government has provided defense counsel with discovery associated with this case, which includes law enforcement reports and audio recordings.

b.  Counsels for the defendant desires additional time to consult with her client, to review the current charges, to finish the investigation and research related to the charges, and to discuss potential resolutions with their clients.  Mr. Ortiz-Salas has been moved to Colusa County and needs an interpreter.  Due to counsel's trial schedule, making the time to visit has been difficult.  Counsel is now out of trial and hopes to make significant progress on this case shortly.

c.  Based on the foregoing, defense counsel needs additional time, taking into account the exercise of due diligence, to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.   Based on the Court's available calendars and the availability of the parties, the parties ask that the Court set this matter for a status conference on June 12, 2015, at 9:00 a.m. and that it find excludable time from May 22, 2015 through and including the June 12, 2015 status conference. Because of the need for additional preparation outlined above, a denial of a continuance to June 12, 2015 would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence..

d.  The government does not object to the continuance.

e.  Based on the above-stated findings, the ends of justice served by

continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 22, 2015 to June 12, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 21, 2015                    Respectfully submitted,

                                      /s/ Kelly Babineau
                                      KELLY BABINEAU
                                      Attorney for ALJENADRO ORTIZ-SALAS

Dated: May 21, 2014                /s/ Jason Hitt
                                      JASON HITT
                                      Assistant U.S. Attorney

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated:  May 22, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge