1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,               No.  2:15-cr-0026 GEB KJN P

12            Respondent,

13       v.                                  ORDER

14   ALEJANDRO ORTIZ-SALAS,

15            Movant.

16

17        Movant, a federal prisoner proceeding pro se, has filed an amended motion to vacate, set

18   aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Because movant may be entitled to

19   the requested relief if he can establish a violation of his constitutional rights, respondent is

20   directed to file an answer within thirty days of the effective date of this order.  See Rule 4, Rules

21   Governing Section 2255 Proceedings.

22        Respondent shall include with the answer any and all transcripts or other documents

23   relevant to the determination of the issues presented in the motion.  See Rule 5, Rules Governing

24   Section 2255 Proceedings.  Movant's traverse, if any, is due on or before thirty days from the date

25   respondent's answer is filed.

26   ////

27   ////

28   ////

1

1         The Clerk of the Court shall serve a copy of this order, together with a copy of movant's

2    amended motion (ECF No. 54), on the United States Attorney or his authorized representative.

3    Dated:  November 18, 2016

4

5         KENDALL J. NEWMAN

     UNITED STATES MAGISTRATE JUDGE

alej0026.206

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2